OPINION — AG — 85 O.S. 1977 Supp., 149 [85-149](A) DOES NOT AUTHORIZE CITIES AND TOWN (MUNICIPALITIES) WHICH HAVE QUALIFIED AS SELF INSURERS TO ENTER INTO CONTRACTS FOR THE PURCHASE OF EXCESS INSURANCE COVERAGE. (CONTRACTS FOR EXCESS INSURANCE FOR OWN RISK EMPLOYERS ?) CITE: 85 O.S. 1972 Supp., 131 [85-131], 85 O.S. 1971 134 [85-134](1)(3)(4), 85 O.S. 1971 132 [85-132], 85 O.S. 1971 133 [85-133] [85-133], 85 O.S. 1971 134 [85-134] (JOHN PAUL JOHNSON)